UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                       :
JUAN COLLADO et al., *individually and on behalf of*   :
*all others similarly situated,*                       :
                                                       :         22-CV-9366 (JMF)
                                      Plaintiffs,      :
                                                       :              ORDER
              -v-                                      :
                                                       :
ADOLFO MEAT MARKET CORP. et al.,                       :
                                                       :
                                      Defendants.      :
                                                       :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 11, 2023, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that Plaintiffs shall file any amended complaint by **March 6, 2023**.  Pursuant to Paragraph 1.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, any amended complaint should be filed with a redline showing all differences between the original and revised filing. Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendants file a new motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If no amended complaint is filed, Plaintiffs shall file any opposition to the motion to dismiss by **March 6, 2023**.  Defendants' reply, if any, shall be filed by **March 13, 2023**.

      Finally, it is further ORDERED that the initial pretrial conference previously scheduled for March 1, 2023, is adjourned *sine die.*

      SO ORDERED.

Dated: February 13, 2023
     New York, New York

                                    _____
                                       JESSE M. FURMAN
                                   United States District Judge