UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JUAN COLLADO,
*individually and on behalf of all others
similarly situated,*

                            Plaintiff,                          **ORDER**

                   -against-                              **22-CV-9366 (JMF) (JW)**

ADOLFO MEAT MARKET CORP. et al,

                            Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This matter has been referred for settlement. Dkt. No. 8. The conference will be held on **May 2, 2023, at 11:30 am,** in-person, in Courtroom 228, 40 Foley Square, New York, New York.

       Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's [Standing Order for All Cases Referred for Settlement](#).

       SO ORDERED.

DATED:    New York, New York
                 April 5, 2023

                                               */s/ Jennifer E. Willis*
                                             JENNIFER E. WILLIS
                                             United States Magistrate Judge