UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JUAN COLLADO et al., *individually and on behalf of* :
*all others similarly situated*, :
: 22-CV-9366 (JMF)
Plaintiffs, :
:
-v- : ORDER
:
ADOLFO MEAT MARKET CORP. et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, Defendants were required to answer or otherwise respond to the First Amended Complaint (the "FAC"), ECF No. 48, by May 18, 2023. Although Defendants previously indicated their intention to move to dismiss the FAC, *see* ECF No. 50, to date they have yet to file anything. As a courtesy, Defendants' answer deadline is hereby EXTENDED, *nunc pro tunc*, to **June 2, 2023**. If, by that date, Defendants do not file anything, the Court will invite Plaintiffs to move for default judgment.

     SO ORDERED.

Dated: May 30, 2023
      New York, New York

                                                          JESSE M. FURMAN
                                                  United States District Judge