UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN COLLADO et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  -against-<br><br>ADOLFO MEAT MARKET CORP. et al,<br><br>        Defendants. | 22-CV-9366 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

   The Court thanks the parties for their joint status letter, dated July 18, 2023. Based on the parties' representations, as well as Plaintiffs' outstanding response to Defendants' counterclaims, due August 2, 2023, the Court hereby ADJOURNS the conference scheduled for July 26, 2023 at 10:00 a.m. The parties are ORDERED to file on ECF a joint status letter, pursuant the Court's Individual Rule 3(d), no later than **October 6, 2023.** This order extends the deadline to file the joint status letter based on the parties' representation regarding scheduled settlement discussions.

Dated: July 19, 2023
    New York, New York

                      SO ORDERED.

                      *Jessica Clarke*
                      _____
                      JESSICA G. L. CLARKE
                      United States District Judge