UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN COLLADO and JENNY SANCHEZ, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>-against-<br><br>ADOLFO MEAT MARKET CORP. and EUCEBIO ADOLFO MARTINEZ,<br><br>      Defendants. | 22-CV-9366 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  On February 12, 2024, the Court ordered Defendant Adolfo Meat Market Corp. ("AMMC") to retain new counsel no later than March 13, 2024. ECF No. 80. The Court stayed the case for 30 days to allow AMMC to retain new counsel. *Id*. No such counsel for AMMC has filed a notice of appearance.

  Accordingly, it is hereby ORDERED that Plaintiffs shall file a motion for default judgment with respect to AMMC in accordance with the Court's Individual Rules and Local Rule 55 no later than **March 28, 2024**. Failure to timely file a motion for default judgment will result in dismissal of this action as to Defendant AMMC for failure to prosecute.

  This action remains stayed with respect to Defendant Eucebio Adolfo Martinez, *see* ECF No. 74, but is UNSTAYED with respect to Defendant AMMC.

Dated: March 14, 2024
    New York, New York

                        SO ORDERED.

                        *Jessica Clarke*
                        _____
                        JESSICA G. L. CLARKE
                        United States District Judge