

**K**ATZ**M**ELINGER

370 L<small>EXINGTON</small> A<small>VENUE</small>, S<small>UITE</small> 1512
N<small>EW</small> Y<small>ORK</small>, N<small>EW</small> Y<small>ORK</small> 10017
www.katzmelinger.com

| | |
|---|---|
| Katherine Morales | o: 212.460.0047 |
| Katz Melinger PLLC | f: 212.428.6811 |
| | kymorales@katzmelinger.com |

March 25, 2024

**V**IA **ECF**
Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *Juan Collado et. al. v. Adolfo Meat Market Corp., et. al.*
      **Civil Action No. 22-cv-09366-JGLC**

Dear Judge Clarke:

  We represent the Plaintiffs in the above-referenced matter, and we write to respectfully request an extension of Plaintiffs' time to move for default judgment from the current deadline of March 28, 2024 to April 29, 2024. This is Plaintiffs' first request for an extension of this deadline.

  Our office has been diligently working on Plaintiffs' motion for default judgment, including recently preparing and filing a request for certificate of default as to defendant Adolfo Meat Market Corp. However, our office needs additional time to finalize the motion for default judgment, which will include declarations from Plaintiffs that once completed will need to be translated to one of our clients' native language by an outside vendor.

  Accordingly, we respectfully request that Plaintiffs' time to file the default judgment motion be extended until April 29, 2024.

  We thank the Court for its consideration in this matter.

                    Respectfully,

                    */s/ Katherine Morales*
                    Katherine Morales

  Cc: All counsel of record (via ECF)

The deadline for Plaintiffs to file their motion for default judgment, *see* ECF No. 82, is hereby EXTENDED to **April 29, 2024**.

Dated: March 26, 2024
   New York, New York

SO ORDERED.

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge