UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN COLLADO and JENNY SANCHEZ, individually and on behalf of others similarly situated,<br><br>                  Plaintiff,<br><br>-against-<br><br>ADOLFO MEAT MARKET CORP. and EUCEBIO ADOLFO MARTINEZ,<br><br>                  Defendants. | 22-CV-9366 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

       Given Plaintiff's forthcoming motion for default judgment against Defendant Adolfo Meat Market Corp., *see* ECF No. 90, and because this action is stayed with respect to Defendant Eucebio Adolfo Martinez, *see* ECF No. 74, the Court hereby ADJOURNS *sine die* the case management conference scheduled for May 1, 2024. See ECF No. 76.

Dated: April 26, 2024
       New York, New York

                                                        SO ORDERED.

                                                        *Jessica Clarke*

                                                        JESSICA G. L. CLARKE
                                                        United States District Judge