UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
JUAN COLLADO and JENNY SANCHEZ, individually and on
behalf of all others similarly situated,

|  |  |
|---|---|
| Plaintiffs, | Civil Action No.<br>1:22-cv-09366 |

-against-

ADOLFO MEAT MARKET CORP. and EUCEBIO ADOLFO
MARTINEZ,

Defendants.

------------------------------------------------------------------------------X

**SUPPLEMENTAL DECLARATION OF KATHERINE MORALES
IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

KATHERINE MORALES declares pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an associate with Katz Melinger PLLC, attorneys for plaintiffs Juan Collado
and Jenny Sanchez ("Plaintiffs"). I am admitted to practice in the State of New York and to
the bar of this Court.

2.      I am familiar with all of the facts and circumstances of this action, and I make this
supplemental declaration in further support of Plaintiffs' motion for default judgment against
defendant Adolfo Meat Market Corp. ("AMMC").

3.      Pursuant to Local Civil Rule 55.2 (c), Plaintiffs submit this supplemental
declaration to appraise the Court as to the status of service of Plaintiffs' motion for default
judgment on AMMC.

4.      On April 29, 2024, Plaintiffs filed a motion for default judgment against AMMC
(the "Motion for Default Judgment"). *See* Dkt. Nos. 92-95.

5.      Pursuant to Local Rule 55.2(c), the Motion for Default Judgment must be served
on AMMC at its last known business address.

6.      AMMC's last known business address is 116 E. 170th Street, Bronx, New York 10452. *See* Amended Complaint ¶ 9, Dkt. No. 48; *see also*, Answer to Amended Complaint ¶ 9, Dkt. No. 63 (admitting that AMMC's principal place of business is located at 116 E. 170th Street, Bronx, New York 10452).

7.      On April 30, 2024, Plaintiffs' motion for default judgment was mailed to AMMC via United States Postal Service at AMMC's last known business address, as follows: Adolfo Meat Market Corp. 116 E. 170th Street, Bronx, New York 10452. *See* Dkt. No. 96.

8.      On May 9, 2024, the Court issued an order to show cause (the "Order to Show Cause") directing AMMC to respond to the Order to Show Cause by May 27, 2024 as to why an order should not be issued granting a default judgment against AMMC; and directing Plaintiffs to serve AMMC via overnight courier with the Motion For Default Judgment and the Order of Show Cause by May 14, 2024.

9.      On May 10, 2024, Plaintiffs mailed the Motion for Default Judgment and the Order to Show Cause via Federal Express Priority Overnight at following addresses: Adolfo Meat Market Corp. c/o Eucebio Adolfo Martinez, 116 E. 170th Street, Bronx, New York 10452; and Adolfo Meat Market Corp. c/o Victor Collado, 116 E. 170th Street, Bronx, New York 10452.[1] *See* Dkt. No. 98.

10.     The Motion for Default Judgment mailed to AMMC on April 30, 2024 was returned to our office with a return to sender label indicating that the mailing was "refused" and "unable to forward." Attached hereto as **Exhibit 1** is a copy of the return to sender label associated with the April 30, 2024 mailing of Plaintiffs' motion for default judgment.

---

[1] Notably, this is the same address where AMMC's former counsel served AMMC with the order granting the motion to withdraw as counsel. *See* Dkt. Nos. 80-81.

11.     Our office has also received notification from Federal Express that it was unable to deliver the Motion for Default Judgment and the Order to Show Cause sent to AMMC on May 10, 2024 and that Federal Express is in the process of returning this mailing to our office.

12.     The tracking information associated with the May 10, 2024 Federal Express mailings indicate that there was a delivery exception due to "incorrect address – recipient moved." Attached hereto as **Exhibit 2** is the tracking information for the May 10, 2024 Federal Express Overnight mailings.

13.     Despite multiple efforts, our office has been unable to successfully deliver the Motion for Default Judgment and Order to Show Cause at AMMC's admitted last known business address: 116 E. 170th Street, Bronx, New York 10452.

14.     Moreover, despite diligent efforts, our office has been unable to locate any other address associated with AMMC other than its last known business address: 116 E. 170th Street, Bronx, New York 10452.

15.     Indeed, the New York Department of State, Division of Corporations, indicates that AMMC's service of process address is 116 E. 170th Street, Bronx, New York 10457; and a google search for AMMC's name also indicates that AMMC is located at this address. Attached hereto as **Exhibit 3** is AMMC's profile on the New York Department of State website and the results generated for a google search for AMMC.

16.     A February 15, 2024 affidavit of service associated with the order granting the motion to withdraw made by AMMC's former counsel also indicates that the AMMC's former counsel served AMMC with this order at 116 E. 170th Street, Bronx, New York 10452. *See* Dkt. Nos. 80-81.

17.    Our office believes that AMMC has closed and is no longer in operation. Indeed, AMMC's former counsel stated that "in September of 2023 AMMC was evicted from the location where it was operating its meat market" and "exists in name only" in his motion to withdraw as counsel. *See* Declaration of Martin Restituyo in Support of Motion to Withdraw, Dkt. No. 79, ¶¶ 4-5.

18.    The only other address our office has been able to locate is an address associated with AMMC's owner, defendant Eucebio Adolfo Martinez ("Martinez"). S*ee* Amended Complaint ¶ 12, Dkt. No. 48; *see also*, Answer to Amended Complaint ¶ 12, Dkt. No. 63 (admitting Martinez owns AMMC).

19.    The address associated with Martinez is 774 E 213th Street, Apt. 1, Bronx, New York 10467. This address was obtained from filings made by Martinez in the bankruptcy proceeding he filed before United States Bankruptcy Court, Southern District of New York, Case No. 24-10008-pb. Attached hereto as **Exhibit 4** is Martinez's Notice of Chapter 7 Bankruptcy, which represents that his address is 774 E 213th Street, Apt. 1, Bronx, New York 10467.

20.    On May 23, 2024, Plaintiffs mailed the Motion for Default Judgment and the Order to Show Cause via Federal Express Priority Overnight to 774 E 213th Street, Apt. 1, Bronx, New York 10467. *See* Dkt. No. 99.

21.    On May 24, 2024, our office received confirmation from Federal Express that the Motion for Default Judgment and Order to Show Cause were successfully delivered at 774 E 213th Street, Apt. 1, Bronx, New York 10467. Attached hereto as **Exhibit 5** is the tracking information for the May 23, 2024 Federal Express Overnight mailing.

22.    Local Civil Rule 55.2(c) requires that a motion for default judgment be mailed to the party against whom a default judgment is sought at the last known business address if such party if is a corporate entity. While Fed.R.Civ.P. 55(b) does not require service of a motion for default judgment upon a party who has not appeared in the action, the Committee note to Local Rule 55.2(c) indicates that such service is recommended because "experience has shown that mailing notice of such an application is conducive both to fairness and efficiency." Nevertheless, District courts have "broad discretion to determine whether to overlook a party's failure to comply with local court rules." *Holtz v. Rockefeller & Co.*, 258 F.3d 62, 73 (2d Cir. 2001).

23.    The circumstances in this case justify deeming that Plaintiffs completed service of the Motion for Default Judgment on AMMC by delivering the same to 774 E 213th Street, Apt. 1, Bronx, New York 10467, the address associated with AMMC's owner, Martinez.

24.    As described above, Plaintiffs have repeatedly attempted to serve AMMC with the Motion for Default Judgment at its last known business address, but such mailings were not accepted at said address and have been returned or are in the process of being returned to Plaintiffs' counsels' office.

25.    Despite diligent efforts, Plaintiffs have also been unable to locate another business address for AMMC other than its last known business address: 116 E. 170th Street, Bronx, New York 10457, where Plaintiffs have already attempted service. However, Plaintiffs have been able to locate an address for AMMC's owner, Martinez, and have successfully served the Motion for Default Judgment at said address.

26.    Although Plaintiffs have been unable to complete service of the Motion for Default Judgment at AMMC's last known business address, the concerns of "fairness and efficiency"

raised by Local Rule 55.2 (c) are addressed here because AMMC is aware of the default judgment sought against it and is willfully defaulting in this action.

    27.    Indeed, AMMC was formerly represented by counsel and was repeatedly advised by the Court that corporations must be represented by counsel and that failure to retain counsel may result in default judgment being entered against it. *See* Dkt. Nos. 74, 80.

    28.    The Court also gave AMMC ample opportunity to retain counsel by March 13, 2024 (Dkt. No. 80), and despite said opportunity, AMMC has failed to retain counsel to date; has taken no action to otherwise defend this case; and has evidently abandoned this matter.

    29.    Lastly, AMMC has been served with the Motion for Default Judgment at the residence of its owner, Martinez, and has thus been provided with notice of the relief sought against it.

    30.    Accordingly, Plaintiffs respectfully request that this Court deem that service of the Motion for Default Judgment on AMMC was completed by delivering the same to 774 E 213th Street, Apt. 1, Bronx, New York 10467.

Dated: New York, New York
      May 28, 2024

                    By:    */s/ Katherine Morales*
                            Katherine Morales, Esq.
                            KATZ MELINGER PLLC
                            370 Lexington Avenue, Suite 1512
                            New York, New York 10017
                            Telephone: (212) 460-0047
                            kymorales@katzmelinger.com
                            *Attorneys for Plaintiffs*