UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN COLLADO and JENNY SANCHEZ, individually and on behalf of others similarly situated,

                      Plaintiffs,

-against-

ADOLFO MEAT MARKET CORP. and EUCEBIO ADOLFO MARTINEZ,

                      Defendants.

---

22-CV-9366 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On January 16, 2024, the Court stayed this action with respect to Defendant Eucebio Adolfo Martinez pending the resolution of his bankruptcy proceedings. ECF No. 74. As it appears that Defendant Martinez's bankruptcy proceedings have been terminated, *see In re Eusebio A. Martinez*, No. 24-10008 (PB), Dkt. Entry at July 29, 2024 (Bankr. S.D.N.Y.), the stay with respect to Defendant Martinez is LIFTED.

Defendant Martinez is ORDERED to file a status letter informing the Court of whether he intends to defend this case by **December 13, 2024**. Plaintiffs shall serve Defendant Martinez with a copy of this Order and file proof of such service by **December 2, 2024**.

Dated: November 26, 2024
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*

                                            JESSICA G. L. CLARKE
                                            United States District Judge