KATZMELINGER
370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

| | |
|---|---|
| Katherine Morales | o: 212.460.0047 |
| Katz Melinger PLLC | f: 212.428.6811 |
| | kymorales@katzmelinger.com |

March 3, 2025

**VIA ECF**
Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



    Re:   *Juan Collado et. al. v. Adolfo Meat Market Corp., et. al.*
             <u>Civil Action No. 22-cv-09366-JGLC</u>

Dear Judge Clarke:

    We represent Juan Collado and Jenny Sanchez ("Plaintiffs") in the above-referenced matter, and we write (1) to seek dismissal for failure to prosecute the counterclaims asserted by Adolfo Meat Market Corp. ("AMMC") and Eucebio Adolfo Martinez (collectively, "Defendants"); and (2) to update the Court on the status of Plaintiffs' claims against Mr. Martinez.

<b><u>AMMC's and Mr. Martinez's Counterclaims Against Plaintiffs</u></b>

    On July 12, 2023, Defendants filed an Answer to the Amended Complaint, asserting counterclaims against Plaintiffs for alleged fraud, conversion, and unjust enrichment (the "Counterclaims"). Dkt. No. 63. Plaintiffs now move to dismiss with prejudice the Counterclaims for failure to prosecute.

    With respect to AMMC, on February 12, 2024, the Court granted counsel for Defendants' motion to withdraw as counsel for AMMC. Dkt. No. 80. The Court also reminded AMMC that a corporation may not proceed *pro se* and that if AMMC failed to retain counsel, a default judgment may be entered against it. *Id.* AMMC failed to retain counsel, and on March 25, 2024, a certificate of default was issued for AMMC. Dkt. No. 89. On April 29, 2024, Plaintiffs made a motion for default judgment as to AMMC. Dkt. Nos. 92-96. On February 24, 2025, the Court issued an Opinion and Order granting default judgment against AMMC and referring the matter to Magistrate Judge Willis for an inquest on damages. Dkt. No. 105.

    With respect to Mr. Martinez, on January 16, 2024, the Court stayed this matter as to Mr. Martinez pending the resolution of his bankruptcy proceedings. Dkt. No. 74. On July 29, 2024,

Mr. Martinez's bankruptcy proceedings concluded, and on November 26, 2024, this Court lifted the stay of this matter and directed Mr. Martinez to advise the Court whether he intends to defend this matter. Dkt. No. 102. On December 13, 2024, counsel for Mr. Martinez filed a letter, advising the Court that Mr. Martinez does not intend to defend this action. Dkt. No. 104

Rule 41(b) authorizes a district court to dismiss an action "[i]f the plaintiff fails to prosecute." Fed. R. Civ. P. 41(b). "Rule 41 applies with equal force 'to a dismissal of any counterclaim, crossclaim, or third-party claim.'" *Rsch. Found. for State Univ. of New York v. Telluric Labs, LLC*, 2023 WL 6307995, at *6 (E.D.N.Y. Sept. 28, 2023) (quoting Fed. R. Civ. P. 41(c)). Where a corporate plaintiff fails to appear by counsel, dismissal for failure to prosecute pursuant to Rule 41(b) is appropriate. *Schwartzman v. Label, LLC*, 2020 WL 1034373, at *1 (S.D.N.Y. Jan. 22, 2020), report and recommendation adopted, 2020 WL 1033531 (S.D.N.Y. Mar. 3, 2020). Indeed, as "corporation[s] may not appear in federal court pro se," *Kaplan v. Bank Saderat PLC*, 77 F.4th 110, 116 n.8 (2d Cir. 2023) (citing *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006)), a corporation cannot prosecute an action when the corporation fails to obtain replacement counsel following prior counsel's withdrawal. *Schwartzman,* 2020 WL 1034373, at *1 (collecting cases).

Here, AMMC was warned on February 12, 2024 that a corporation may not proceed *pro se* in federal court. Nevertheless, AMMC has failed to retain counsel for over a year; AMMC's failure to participate in this action resulted in a default judgment being entered against it; and AMMC has made no effort whatsoever to prosecute the Counterclaims. Similarly, Mr. Martinez has failed to prosecute the Counterclaims since the Court stayed this matter over a year ago pending the resolution of his bankruptcy proceedings. The stay of this matter due to Mr. Martinez's bankruptcy proceedings did not preclude Mr. Martinez from prosecuting the Counterclaims, yet Mr. Martinez took no action to prosecute them. *In re Bennett Funding Grp., Inc.*, 367 B.R. 302, 324 (Bankr. N.D.N.Y. 2007) ("the automatic stay of Bennett's personal Chapter 7 case did not stay the prosecution of his Counterclaims."). Moreover, Mr. Martinez's counsel has indicated that Mr. Martinez does not intend to defend this action and Mr. Martinez has made no indication that he intends to prosecute the Counterclaims.

Accordingly, Plaintiffs respectfully request that the counterclaims asserted by AMMC and Mr. Martinez be dismissed with prejudice for failure to prosecute.

### **Plaintiffs' Claims Against Mr. Martinez**

On February 24, 2025, the Court granted Plaintiffs' default judgment motion as to AMMC and directed Plaintiffs to indicate whether Plaintiffs intend to pursue their claims against Mr. Martinez and their basis for doing so. Dkt. No. 105.

In light of the order of discharge entered in Mr. Martinez's bankruptcy proceedings, Plaintiffs will no longer pursue their claims against Mr. Martinez.

Honorable Jessica G. L. Clarke
March 3, 2025
Page 3

We thank the Court for its consideration in this matter.

Respectfully,

*/s/ Katherine Morales*
Katherine Morales

Cc:    Adolfo Meat Market Corp.
116 E. 170th Street
Bronx, New York 10452

Eucebio Adolfo Martinez
Law Offices of Martin E. Restituyo, P.C.
Attn.: Martin Restituyo, Esq.
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
restituyo@restituyolaw.com

---

Application GRANTED. For the reasons stated in this letter, all counterclaims are dismissed. However, because this is not a dismissal based upon the merits of the case, the dismissal is without prejudice. *See, e.g.*, *Smith v. Dinoia*, No. 19-CV-4471 (KMK), 2020 WL 4041449, at *1 (S.D.N.Y. July 17, 2020). Claims against Martinez are also dismissed.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 4, 2025
       New York, New York