**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JUAN COLLADO et al.,

                            Plaintiff,

                -against-

ADOLFO MEAT MARKET CORP., et al.,

                         Defendant.

-----------------------------------------------------------------

                           **ORDER**

             **22-CV-9366 (JGLC) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Honorable Judge Clarke referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiff against Defendant Adolfo Meat Market Corp.

Accordingly, IT IS HEREBY ORDERED that, on or before **February 26, 2026** the Plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The Plaintiff must serve these documents on Defendant, and file proof of such service with the Clerk of Court.

IT IS FURTHER ORDERED that, on or before **March 12, 2026** the Defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

The Plaintiff shall serve the defendant with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated:      January 22, 2026
            New York, New York

_____
JENNIFER E. WILLIS
United States Magistrate Judge