The request is GRANTED.
SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
February 24, 2026

KATZMELINGER

370 LEXINGTON A[...]

NEW YORK, N[...]

www.katzmelinger.com

Nicole Grunfeld, Esq.                                         o: 212.460.0047
Katz Melinger PLLC                                           f: 212.428.6811
                                          NDGrunfeld@katzmelinger.com

February 19, 2026

**VIA ECF**
Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

     **Re:**    *Juan Collado et al. v. Adolfo Meat Market Corp., et al.*
              **Civil Action No. 22-cv-09366-JMF**

Your Honor:

    We represent Plaintiffs Juan Collado and Jenny Sanchez in the above-captioned matter. We write to respectfully request a one month extension of the deadline to submit Plaintiffs' Proposed Findings of Fact and Conclusions of Law and their Inquest Memorandum of Law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. This is Plaintiffs' first request for an extension.

    We request the extension because Plaintiffs are native Spanish speakers, and therefore translating, finalizing, and executing their supporting affidavits requires additional time. Accordingly, we respectfully request that the current deadline of February 26, 2026 be extended to March 26, 2026.

    We thank the Court for its consideration of this request.

                   Respectfully submitted,

                   */s/ Nicole D. Grunfeld*

                   Nicole D. Grunfeld