# KATZMELINGER

370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Nicole Grunfeld, Esq.
Katz Melinger PLLC

o: 212.460.0047
f: 212.428.6811
NDGrunfeld@katzmelinger.com

March 17, 2026

The request is GRANTED.
SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
March 19, 2026

**VIA ECF**
Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Juan Collado et al. v. Adolfo Meat Market Corp., et al.*
       **Civil Action No. 22-cv-09366-JMF**

Your Honor:

We represent Plaintiffs Juan Collado and Jenny Sanchez in the above-captioned matter. We write to respectfully request a one month extension of the deadline to submit Plaintiffs' Proposed Findings of Fact and Conclusions of Law and their Inquest Memorandum of Law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. This is Plaintiffs' second request for an extension.

We request the extension because one of the Plaintiffs is unexpectedly out the country, and is not currently available to sign the required declaration in support of damages. Accordingly, we respectfully request that the current deadline of March 26, 2026 be extended to April 24, 2026.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Nicole D. Grunfeld*

Nicole D. Grunfeld