# KATZMELINGER

370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Nicole Grunfeld, Esq.                                                    o: 212.460.0047
Katz Melinger PLLC                                                       f: 212.428.6811
                                                          NDGrunfeld@katzmelinger.com

April 20, 2026

> The request is GRANTED.
> SO ORDERED.
>
> *Jennifer E. Willis*
>
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE
> JUDGE
> April 21, 2026

**VIA ECF**
Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**    *Juan Collado et al. v. Adolfo Meat Market Corp., et al.*
         **Civil Action No. 22-cv-09366-JMF**

Your Honor:

   We represent Plaintiffs Juan Collado and Jenny Sanchez in the above-captioned matter. We write to respectfully request a one month extension of the deadline to submit Plaintiffs' Proposed Findings of Fact and Conclusions of Law and their Inquest Memorandum of Law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. This is Plaintiffs' third request for an extension.

   As stated in our prior request, one of the Plaintiffs is unexpectedly out the country, and is not currently available to sign the required declaration in support of damages. However, that Plaintiff will be returning in early May. As we may need some time to coordinate signature at that point, we respectfully request that the current deadline of April 24, 2026 be extended to May 22, 2026.

   We thank the Court for its consideration of this request.

                                    Respectfully submitted,

                                    */s/ Nicole D. Grunfeld*

                                    Nicole D. Grunfeld