UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUAN COLLADO *individually and on behalf of*
*all others similarly situated,*

<table>
<tr><td>Plaintiff,</td><td>**ORDER**</td></tr>
<tr><td>-against-</td><td>**22-CV-09366 (JGLC) (JW)**</td></tr>
</table>

ADOLFO MEAT MARKET CORP. et al.,

Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of counsel for Plaintiff's motion to withdraw.  Dkt. No. 121.  The Parties are to appear for a telephonic conference on **July 15, 2026 at 10:30 AM**.  The Parties are to dial +1 646-453-4442 and enter conference ID 692 918 401# to join.

Counsel for Plaintiff is to (1) serve a copy of their motion to withdraw on their clients in Spanish, (2) inform Plaintiffs of this hearing and provide the call-in information, and (3) provide a copy of this Order to Plaintiffs in advance of the conference.

SO ORDERED.

DATED:    New York, New York
          June 2, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge